Case 4:90-cv-03657 Document 319 Filed on 01/06/94 in TXSD Page 1 of 11

# 314

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| LINDA ADOLPH, ET AL. | § | |
| | § | |
| PLAINTIFFS | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-90-3657 |
| | § | |
| ATLANTIC RICHFIELD COMPANY, | § | |
| ET AL. | § | |
| | § | |
| DEFENDANTS | § | |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

JAN 10 1994

Michael N. Milby, Clerk
By Deputy:

### JUDGMENT

On the ___6th___ day of ___January___, 1994, came on to be heard the above entitled and numbered cause, where LINDA ADOLPH, ET AL are Plaintiffs and FRENCH, LTD. is the Defendant. The parties appeared by and through their respective attorneys of record and announced to the Court that they were ready for trial.

After considering the evidence presented, the stipulations and pleadings, the Court finds and determines that the Plaintiffs who are named herein are entitled to recover under the causes of action asserted in Plaintiffs' Fourth Amended Original Complaint all damages awarded by the Court, plus pre-judgment interest, post-judgment interest, and court costs set forth herein, from the Defendant FRENCH, LTD. The Court further finds that FRENCH, LTD, a/k/a "FRENCH LIMITED " and/or "FRENCH LIMITED, INC.", deposited, released, and discharged toxic chemicals and other hazardous materials at the **French Limited** and Sikes sites which proximately resulted in each of the Plaintiffs sustaining property and/or personal injury damages. Each deposit, release, and discharge was sudden and accidental.

Further, the Court finds the following:

CHJPDF - www.fastio.com

1. The Plaintiffs listed below are or were residents or landowners in communities surrounding the French Limited and Sikes waste sites;

2. The Plaintiffs listed below were exposed or their properties were exposed to hazardous and toxic chemicals and substances from early 1960's until 1989;

3. The Plaintiffs listed below were injured, either personally or sustained property damage, or both, as a proximate result of their exposure to the above referenced chemicals and substances.

The Plaintiffs shall take nothing from the Defendants, GEORGE WHITTEN, LUTHER HENDON, and FRENCH LIMITED OF HOUSTON, INC. The Plaintiffs to this lawsuit are the persons, representatives or entities listed in Exhibit A attached hereto.

It is therefore, ORDERED, ADJUDGED and DECREED that the Plaintiffs have and recover from the Defendant, FRENCH, LTD., the sum of FIVE MILLION AND NO/100 ($5,000,000.00) DOLLARS as actual damages, plus pre-judgment interest at the rate of Ten (10%) Percent per annum, compounded daily, from April 26, 1991, until entry of judgment. Post-judgment interest will be added to the foregoing amounts and recoveries at the legal rate of ___3.61___ Percent per annum, compounded annually, from the date of this judgment until paid.

It is further ORDERED that the Plaintiffs shall have and recover all of Plaintiffs' costs of Court from the Defendant, FRENCH, LTD.

It is ORDERED that all items not expressly granted are hereby denied.

SIGNED this _6th_ day of _January_, 1993.

_John D. Rainey_

THE HON. JOHN D. RAINEY
UNITED STATES DISTRICT JUDGE

2

**APPROVED AS TO FORM**
**AND ENTRY REQUESTED:**


DONALD F. MAIERSON
Fed. I.D. #1818

OF COUNSEL:

KAHN & MAIERSON, P.C.
1914 North Memorial Way
Houston, Texas 77007
713/861-9271
713/861-1022 (fax)

ATTORNEY FOR PLAINTIFFS


KENT M. ADAMS
Fed. I.D. #246

OF COUNSEL:

ADAMS, COFFEY & DUESLER, L.L.P.
550 Fannin St., Suite 830
Beaumont, Texas 77726
409/838-6767
409/838-6950 (fax)

ATTORNEY FOR DEFENDANT

3

# EXHIBIT A

CMPDF - www.fastio.com

| | | | |
|---|---|---|---|
| 1 | ALDRIDGE, CORA | 04-Aug-56 | 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 |
| 2 | ALEXANDER, SEDONIA ANN | 04-Oct-58 | 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 |
| 3 | ALFRED, HELEN M. | 15-Jun-55 | 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 |
| 4 | ALFRED, LENA | 12-Nov-10 | 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 |
| 5 | ALFRED, LEO JR. | 22-Jun-40 | 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 |
| 6 | ALFRED, LEO SR. | 15-Jul-10 | 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 |
| 7 | ALFRED, LEWIS REME | 04-Apr-42 | 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 |
| 8 | ALFRED, SHIRLEY | 15-Dec-41 | 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 |
| 9 | AMEY, RICHARD | 18-Apr-26 | 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 |
| 10 | ANDERSON, CATHERINE | 13-Oct-46 | 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 |
| 11 | ANDERSON, LANDRIS J. JR. | 10-Sep-66 | 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 |
| 12 | ANDERSON, TAMMY E. | 28-Sep-70 | 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 |
| 13 | ANDRES, BECKY ELAINE | 16-Sep-58 | 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 |
| 14 | ANDRES, EDDIE L. | 16-Oct-44 | 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 |
| 15 | ANDRES, REATHA | 08-May-23 | 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 |
| 16 | ANTHONY, ALVERTIA F. | 10-Jan-21 | 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 |
| 17 | ARCENEAUX, ALBERT CHARLES | 02-Aug-46 | 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 |
| 18 | ARCENEAUX, JACQUELINE | 19-Sep-61 | 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 |
| 19 | ARCENEAUX, JO ANNE | 05-Nov-65 | 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 |
| 20 | ARCENEAUX, MARY GRACE | 24-Dec-21 | 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 |
| 21 | ARCENEAUX, ROSE MARIE | 09-May-50 | 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 |
| 22 | ARCHIE, MERLE D. | 30-Mar-58 | 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 |
| 23 | ARDION, FREDERICK | 04-Sep-69 | 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 |
| 24 | ARDION, MARIE | 24-Jun-43 | 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 |
| 25 | ARDION, TANGELA MARIE | 23-Sep-67 | 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 |
| 26 | ARMSTEAD, RONNIE | 14-Oct-57 | 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 |
| 27 | ARMSTER, LEROY | 30-Sep-51 | 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 |
| 28 | ARMSTRONG, MICHAEL J. | 14-Sep-61 | 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 |
| 29 | BAKER, PAULA J. | 03-May-63 | 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 |
| 30 | BALDWIN, THOMAS WAYNE | 02-Dec-49 | 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 |
| 31 | BARRETT, LEMUEL HENRY | 04-Mar-30 | 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 |
| 32 | BASS, JANA S. | 09-Jul-66 | 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 |
| 33 | BELL, MYRT ETHEL | 29-Jul-32 | 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 |
| 34 | BEROTTE, MYRON B. | 29-Apr-69 | 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 |
| 35 | BEROTTE-LONG, JESSICA | 04-Jun-71 | 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 |
| 36 | BLAKE, ROSA L. | 15-Mar-20 | 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 |
| 37 | BOWEN, PEGGY ANN | 09-Dec-65 | 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 |
| 38 | BRADFORD, ELMA RUTH | 12-Jul-43 | 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 |
| 39 | BRADFORD, JAMES LOUIS | 08-Nov-42 | 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 |
| 40 | BRADLEY, WILLIE | 16-Nov-24 | 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 |
| 41 | BREWER, LASHAN DARLYNN | 17-Sep-72 | 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 |
| 42 | BRIGMAN, GAY J. | 04-Jul-28 | 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 |
| 43 | BROOKS, ALBERT JR. | 16-Jan-53 | 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 |
| 44 | BROOKS, CYNTHIA DENISE | 30-Apr-62 | 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 |
| 45 | BROOKS, DARRYL W. | 02-Nov-67 | 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 |
| 46 | BROOKS, DONALD JAMES | 17-Apr-54 | 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 |
| 47 | BROOKS, DONALD RAY | 30-Mar-63 | 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 |
| 48 | BROOKS, GEORGE ANTHONY | 30-Jul-56 | 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 |
| 49 | BROOKS, JOHNNY | 01-Aug-55 | 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 |
| 50 | BROOKS, KEITH JOSEPH | 19-Jun-54 | 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 |
| 51 | BROOKS, KENNETH WAYNE | 05-May-64 | 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 |
| 52 | BROOKS, MELVIN RAY | 05-Aug-60 | 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 |
| 53 | BROOKS, RONALD | 01-Aug-55 | 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 |
| 54 | BROOKS, THOMAS C. | 03-Aug-71 | 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 |
| 55 | BROOKS, VIRGIE MAE | 11-Nov-35 | 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 |

1

| 56  | BROUSSARD, ERNEST LEE | 06-May-31 | 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 |
| 57  | BROUSSARD, FOREST JOSHUA | 11-Sep-64 | 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 |
| 58  | BROWN, LOUISE | 16-Sep-36 | 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 |
| 59  | BUSH, BERMAN JR. | 15-Sep-52 | 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 |
| 60  | BUTLER, OLLIE ANNE | 12-Aug-52 | 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 |
| 61  | CALLIGAN, BEO | 08-Mar-33 | 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 |
| 62  | CALLIGAN, R. C. | 30-Jan-66 | 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 |
| 63  | CALLIGAN, RESTON | 04-Apr-10 | 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 |
| 64  | CALLIGAN, VIRGIE | 17-Jul-56 | 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 |
| 65  | CARR, ANGEL A. | 08-Sep-61 | 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 |
| 66  | CARRIER, PALMA J. | 16-Apr-51 | 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 |
| 67  | CARROLL, MAMIE DUMAS | 29-Apr-64 | 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 |
| 68  | CARTER, FRANK | 01-Jul-33 | 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 |
| 69  | CARTER, GEORGE T. | 15-Oct-63 | 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 |
| 70  | CARTER, LATONIA EVETTE | 05-Dec-68 | 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 |
| 71  | CARTER, MABEL | 02-Jun-42 | 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 |
| 72  | CARTWRIGHT, DEBRA A. | 26-Oct-56 | 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 |
| 73  | CASTILE, JUNIUS | 04-Jul-14 | 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 |
| 74  | CASTILE, MARY | 17-Jun-27 | 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 |
| 75  | CASTLE, AUDREY M. | 22-May-56 | 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 |
| 76  | CASTLE, BENJAMIN | 01-Jun-66 | 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 |
| 77  | CASTLE, LARRY J. | 05-Jul-60 | 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 |
| 78  | CHRISTTEN, LINDA | 16-May-60 | 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 |
| 79  | CLACK, CATHY VITAL | 25-May-58 | 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 |
| 80  | CLEVELAND, CANDACE E. | 18-Aug-65 | 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 |
| 81  | COATES, SHERRI ANN | 30-Sep-59 | 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 |
| 82  | COLLINS, BARTHOLOMEW NATHANIEL | 11-Mar-69 | 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 |
| 83  | COLLINS, CYNTHIA DIANE | 28-Aug-65 | 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 |
| 84  | CRUSE, ALBERTA | 05-Nov-55 | 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 |
| 85  | CRUSE, LA CHAUNDRA | 02-Jun-73 | 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 |
| 86  | CURETTE, JOSEPH JR. | 13-Jan-71 | 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 |
| 87  | CURRY, ANDREW SR. | 16-Jan-54 | 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 |
| 88  | CURRY, CECIL | 05-Oct-28 | 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 |
| 89  | CURRY, DOROTHY LEE | - - | 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 |
| 90  | DANGERFIELD, LADERRELL | 20-Apr-73 | 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 |
| 91  | DANGERFIELD, ROBBIE LYNN | 19-Apr-67 | 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 |
| 92  | DANGERFIELD, YOLANDA MARIE | 18-Jan-71 | 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 |
| 93  | DEAJON, JOHN DUDLEY SR. | 28-Jul-40 | 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 |
| 94  | DEJEAN, JOYCE ANN | 15-Jan-61 | 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 |
| 95  | DEJEAN, WISTERIA E. | 04-Apr-52 | 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 |
| 96  | DESTIN, MICHAEL G. | 27-Mar-58 | 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 |
| 97  | DIXON, DONNA R. | 24-Dec-58 | 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 |
| 98  | DONATTO, CYNTHIA | 26-Jan-59 | 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 |
| 99  | DOUCET, DIANE | 30-Aug-54 | 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 |
| 100 | DRENON, EARLINE | 03-Aug-39 | 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 |
| 101 | DRENON, LEE BRENT | 26-Feb-61 | 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 |
| 102 | EAGLETON, ANDRE DOMONIC | 10-Mar-66 | 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 |
| 103 | EAGLETON, CHARLOTTE M. | 21-Mar-47 | 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 |
| 104 | EAGLETON, DENETRA KELLY | 28-Mar-63 | 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 |
| 105 | EAGLETON, ERIK LEE | 05-Jul-70 | 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 |
| 106 | EAGLETON, MARY N. | 25-Jan-68 | 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 |
| 107 | EAGLETON, PETER C. | 10-Mar-64 | 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 |
| 108 | EARVIN, BRIDGETTE | 15-Mar-63 | 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 |
| 109 | EARVIN, TABATHA L. | 16-Jun-68 | 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 |
| 110 | ECBY, DIEDRE JO | 08-Nov-62 | 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 |
| 111 | ECBY, ERROL TRENT | 07-Nov-64 | 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 |

2

| | | | |
|---|---|---|---|
| 112 | ECBY, LEONA F. | 18-Jan-34 | 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 |
| 113 | EDWARDS, CYNTHIA ANN | 06-Dec-64 | 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 |
| 114 | EDWARDS, EMBRICK JAMES JR. | 31-May-62 | 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 |
| 115 | EDWARDS, JOSEPH MCKINLEY JR. | 25-Sep-46 | 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 |
| 116 | EDWARDS, SHAWN LEE | 04-Apr-65 | 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 |
| 117 | EGBY, HILDA PROVOST | 12-Jul-28 | 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 |
| 118 | EVINS, WILBERT JR. | 19-Mar-63 | 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 |
| 119 | FINDLEY, SHIRLEY M. | 13-Jun-43 | 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 |
| 120 | FINNELL, DARREL HOLMES | 18-Dec-64 | 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 |
| 121 | FINNELL, RONALD C. | 25-Jun-70 | 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 |
| 122 | FLETCHER, BARBARA ANN | 26-Jun-51 | 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 |
| 123 | FONTENOT, YOLANDA R. | 17-May-62 | 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 |
| 124 | FORD, RAY | 18-Apr-39 | 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 |
| 125 | FRANK, DERRICK | 25-Jan-73 | 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 |
| 126 | FREEMAN, BILLY ROY I | 26-Jul-62 | 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 |
| 127 | FREEMAN, CONNIE M. | 25-Mar-61 | 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 |
| 128 | FREEMAN, GWENDOLYN | 27-Aug-50 | 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 |
| 129 | FREEMAN, JIROY | 09-Jul-69 | 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 |
| 130 | FREEMAN, JOHNNIE J. | 22-Aug-56 | 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 |
| 131 | FREEMAN, LEE ANNA | 07-Feb-41 | 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 |
| 132 | FRETTY, LEONA MAE | 08-May-39 | 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 |
| 133 | FRETTY, PHILLIP H. SR. | 27-Nov-34 | 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 |
| 134 | GAINES, VALDA D. | 18-Sep-65 | 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 |
| 135 | GARRETT, MESHELLE | 01-Sep-64 | 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 |
| 136 | GEORGE, ANNIE P. | 15-Aug-61 | 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 |
| 137 | GOBERT, CHRISTOPHER | 07-Sep-71 | 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 |
| 138 | GOBERT, DAPHNE RENEE | 10-Jun-72 | 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 |
| 139 | GOBERT, DONALD RAY | 04-Jan-50 | 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 |
| 140 | GOBERT, MARK E. | 03-Jun-69 | 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 |
| 141 | GOBERT, THERESA | 13-Jul-27 | 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 |
| 142 | GODFREY, BOBBIE J. | 21-Jan-56 | 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 |
| 143 | GODFREY, BYRON LYONELL | 03-Jul-65 | 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 |
| 144 | GODFREY, CHRISTOPHER | 03-Apr-69 | 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 |
| 145 | GODFREY, DANA | 01-Jan-71 | 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 |
| 146 | GODFREY, HERSHEY | 19-Jul-41 | 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 |
| 147 | GODFREY, KARL SEDRIC | 12-Jun-57 | 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 |
| 148 | GODFREY, LARRY WAYNE | 04-Aug-49 | 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 |
| 149 | GODFREY, LOLA MAE | 21-Jul-47 | 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 |
| 150 | GODFREY, LURO J. | 26-Feb-38 | 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 |
| 151 | GOODEN, BELINDA B. | 09-Sep-55 | 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 |
| 152 | GOODEN, ELIJAH JR. | 01-Nov-52 | 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 |
| 153 | GOODEN, JAMES CALVIN | 25-Sep-66 | 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 |
| 154 | GREEN, LARRY O'NEAL | 23-Oct-51 | 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 |
| 155 | GRIFFIN, ANTHONY LOUIS SR. | 01-Dec-36 | 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 |
| 156 | GRIFFIN, CARLTON JAMES | 12-Nov-71 | 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 |
| 157 | GRIFFIN, EDITH MOORE | 27-Apr-29 | 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 |
| 158 | GRIFFIN, JEANNETTE | 12-Apr-64 | 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 |
| 159 | GRIFFIN, MARTHA J. | 03-Feb-63 | 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 |
| 160 | GRIFFIN, MILTON JR. | 03-Feb-63 | 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 |
| 161 | GRIFFIN, TERRIE | 29-Sep-59 | 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 |
| 162 | GRIFFIN, THELMA LEE | 07-Aug-55 | 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 |
| 163 | GRIFFIN, THERESSIA ANN | 29-Jan-61 | 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 |
| 164 | GRIFFITH, EARL | 04-Sep-22 | 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 |
| 165 | GRIFFITH, LINDA ANN | 18-Mar-44 | 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 |
| 166 | GRIFFITH, ROMAN | 26-Jun-33 | 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 |
| 167 | GRIFFITH, SHERRY L. | 03-Sep-71 | 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 |

| | | | |
|---|---|---|---|
| 168 | GUILLORY, ELIZABETH | 07-Jul-45 | 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 |
| 169 | GUILLORY, MYRA A. | 12-Jan-60 | 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 |
| 170 | GUILLORY, NEMAR LASHELLE | 27-Jul-72 | 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 |
| 171 | GUILLORY, PATRICK L. | 18-Jan-72 | 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 |
| 172 | HADNOT, HOLLY | - - | |
| 173 | HALL, EDDIE J. | 06-Oct-57 | 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 |
| 174 | HAMILTON, DEMARCIA RENEE | 17-Oct-61 | 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 |
| 175 | HARRIS, LORNA | 06-Oct-41 | 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 |
| 176 | HARRIS, VERA MAE | 07-Jun-27 | 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 |
| 177 | HAWKINS, JO CAROLYN | 26-Jul-51 | 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 |
| 178 | HAWKINS, JOHN | 19-Nov-62 | 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 |
| 179 | HEARON, MONA KAYE | 21-Oct-57 | 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 |
| 180 | HEBERT, FLOYD D. | 18-Feb-64 | 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 |
| 181 | HEBERT, PATRICK ERWIN | 17-Aug-65 | 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 |
| 182 | HERBERT, EARL | 15-Jul-28 | 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 |
| 183 | HERD, CHARLES EDWARD | 18-Jun-48 | 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 |
| 184 | HERD, DELISHA D. | 21-Nov-71 | 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 |
| 185 | HERD, DOROTHY R. | 30-Jan-48 | 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 |
| 186 | HERD, DWAYNE E. | 04-Aug-68 | 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 |
| 187 | HIGGINS, BRIAN E. | 23-Aug-71 | 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 |
| 188 | HIGGINS, HAZEL | 31-Mar-49 | 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 |
| 189 | HIGGINS, PATRICK | 23-Aug-72 | 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 |
| 190 | HOLMES, RUBEN D. | 18-Feb-67 | 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 |
| 191 | HOLMES, STEPHANIE | 22-Feb-70 | 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 |
| 192 | HOWARD, ADRIAN T. SR. | 13-Sep-59 | 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 |
| 193 | HOWARD, ESTER RAY | 02-Mar-24 | 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 |
| 194 | HOWARD, ROOSEVELT JR. | 10-May-56 | 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 |
| 195 | ISAAC, TROY E. | 22-Dec-69 | 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 |
| 196 | JACK, JOHN D. JR. | 10-Oct-47 | 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 |
| 197 | JACKSON, ANDREW JAMES | 02-Sep-19 | 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 |
| 198 | JACKSON, FREDRICK LEE | 16-Jul-69 | 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 |
| 199 | JACKSON, KATHALEEN | 10-Jan-52 | 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 |
| 200 | JACKSON, KATHERINE | 04-Mar-49 | 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 |
| 201 | JENKINS, LA KEYSHIA | 10-Sep-70 | 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 |
| 202 | JOHNSON, BOBBIE JEAN | 06-Apr-64 | 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 |
| 203 | JOHNSON, CHERI G. | 29-Jul-69 | 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 |
| 204 | JOHNSON, FRANK DANIEL III. | 25-Dec-62 | 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 |
| 205 | JOHNSON, GAIL | 29-Apr-64 | 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 |
| 206 | JOHNSON, IVAN A. | 02-Oct-66 | 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 |
| 207 | JOHNSON, JOHN HENRY | 10-Aug-64 | 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 |
| 208 | JOHNSON, KERRI KAY | 29-Jul-69 | 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 |
| 209 | JOHNSON, LARRY D. SR. | 06-Oct-58 | 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 |
| 210 | JOHNSON, RHONDA | 17-Jun-53 | 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 |
| 211 | JOSEPH, LESTER CHARLES | 15-Oct-52 | 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 |
| 212 | JOSEPH, PETER JOHN | 18-Dec-34 | 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 |
| 213 | KERL, KAYLAN SEAN | 15-Jun-71 | 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 |
| 214 | KERL, KEITH SELWYN | 11-Oct-61 | 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 |
| 215 | KEYS, JOHN THOMAS | 22-Mar-46 | 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 |
| 216 | KING, ALFRED CURTIS JR. | 18-Feb-71 | 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 |
| 217 | KING, DELORES | 29-Jun-50 | 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 |
| 218 | KING, MARTIN L. | 12-Jan-69 | 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 |
| 219 | LACHAPELLE, MARY ELEITA | 25-Jun-58 | 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 |
| 220 | LEVY, JAMES H. | 14-Nov-54 | 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 |
| 221 | LEWIS, JAUNITA | 29-Jun-42 | 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 |
| 222 | LEWIS, KENDALL W. | 17-Jun-70 | 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 |
| 223 | LEWIS, OSBORNE T. | 23-Oct-38 | 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 |

4

| | | | |
|---|---|---|---|
| 224 | LEWIS, SHIRLEY M. | 03-Sep-46 | 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 |
| 225 | LIGONS, PATRICIA ANN | 24-Jul-47 | 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 |
| 226 | LINZIE, HERBERT | 15-Feb-19 | 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 |
| 227 | LINZIE, JEWELL LEE | 01-Oct-31 | 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 |
| 228 | LOUIS, CHRISTINE | 06-Jul-52 | 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 |
| 229 | MALVEAUX, CASSANDRA FAYE | 14-Jun-66 | 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 |
| 230 | MALVEAUX-SMITH, SARA LOUISE | 27-Jun-65 | 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 |
| 231 | MARTIN, CARRIE | 10-Jul-37 | 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 |
| 232 | MATTHEWS, RUBY LUCILLE | 12-Sep-59 | 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 |
| 233 | MAYWEATHER, ROSHELL F. JR. | 14-Oct-57 | 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 |
| 234 | MELONCON, BEATRICE | 12-May-55 | 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 |
| 235 | MELROSE, AUDRY S. | 10-Apr-66 | 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 |
| 236 | MENIFEE, NELLIE ANN | 28-Jan-47 | 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 |
| 237 | MERRITT, CHRISTOPHER | 27-Aug-70 | 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 |
| 238 | MERRITT, LEWIS | 20-Aug-68 | 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 |
| 239 | MERRITT, MARY | 04-Feb-38 | 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 |
| 240 | MILES, VERA LEE | 23-Sep-63 | 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 |
| 241 | MINGO, GRANT | 27-Nov-39 | 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 |
| 242 | MITCHELL, DANA | 24-May-68 | 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 |
| 243 | MOORE, DEBRA DIANA | 03-Mar-62 | 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 |
| 244 | MOORE, DORA LEE | 04-Dec-60 | 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 |
| 245 | MOORE, EARVIN | 18-Oct-57 | 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 |
| 246 | MOORE, ELIZABETH | 30-Jun-64 | 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 |
| 247 | MOORE, FRIEDRICK T. | - - | 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 |
| 248 | MOTTE, KELVIN | 05-Nov-64 | 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 |
| 249 | MOTTE, SHARON | 24-Apr-71 | 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 |
| 250 | MYLES, BRENDA L. | 22-Apr-61 | 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 |
| 251 | MYLES, JAMES | 11-Mar-52 | 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 |
| 252 | MYLES, LORAINE JANNETT | 01-Jun-56 | 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 |
| 253 | NARCISSE, ARLUNDA D. | 20-Jul-67 | 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 |
| 254 | NARCISSE, DIONNE | 10-Oct-69 | 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 |
| 255 | NARCISSE, KAREN A. | 02-Apr-59 | 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 |
| 256 | NARCISSE, PAUL J. | 14-Feb-37 | 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 |
| 257 | NELSON, AUDREY JEAN | 22-Feb-45 | 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 |
| 258 | NEVELS, AUGUST JAMES | 17-Jul-66 | 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 |
| 259 | NEVELS, PATRICIA ANN | 17-Oct-49 | 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 |
| 260 | OWENS, CHARLOTTE YVETTE | 20-Jul-68 | 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 |
| 261 | OWENS, WILLIAM  JR. | 02-Feb-55 | 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 |
| 262 | PACE, MCARTHUR | 12-Jan-42 | 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 |
| 263 | PARKER, JOYCE | 20-Jun-52 | 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 |
| 264 | PEARSON, JUANITA MARIE | 25-Jan-53 | 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 |
| 265 | PERRY, CALVIN K. | 04-Feb-72 | 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 |
| 266 | PICKENS, WILSON | 29-Jan-50 | 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 |
| 267 | POLK, GWENDOLYN CECIA JEAN | 20-Sep-37 | 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 |
| 268 | PORTER, EDMOND WAYNE | 24-Jan-71 | 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 |
| 269 | PORTER, FREDDIE LEE | 11-Feb-66 | 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 |
| 270 | PORTER, SADIE BELL | 18-Apr-50 | 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 |
| 271 | POULLARD, CURTIS CHARLES | 30-Aug-73 | 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 |
| 272 | PRESCOTT, ANNIE M. | 23-Apr-48 | 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 |
| 273 | PRESCOTT, HEATHER | 26-Jul-72 | 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 |
| 274 | PROMISE, PATRICIA ANN | 31-Jul-57 | 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 |
| 275 | RAMOS, MEARLLAY M. | 06-Oct-38 | 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 |
| 276 | RAMOS, THOMAS MELVIN | 23-Nov-32 | 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 |
| 277 | RAMOS, THOMAS MERVIN | 13-Dec-62 | 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 |
| 278 | RAMOS, TONIA M. | 01-Jun-57 | 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 |
| 279 | REDD, SHERRIE | 09-Feb-64 | 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 |

5

CutePDF - www.fastio.com

| | | | |
|---|---|---|---|
| 280 | REED, CHERYL RENEE | 03-Oct-62 | 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 |
| 281 | REED, DWAYNE P. | 28-Jul-61 | 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 |
| 282 | REESE, GERALDINE M. | 16-Aug-40 | 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 |
| 283 | RHONE, JOYCE | 12-Sep-54 | 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 |
| 284 | RICHARD, ALBERT JAMES | 25-Nov-65 | 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 |
| 285 | RICHARD, LARRY C. | 26-Jan-51 | 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 |
| 286 | RICHARD, PAUL W. | 30-Nov-45 | 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 |
| 287 | RICHARD, TRINA | 25-Oct-71 | 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 |
| 288 | RIDEAU, JAMES E. III | 05-Oct-63 | 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 |
| 289 | RIDEAU, STACY | 12-May-71 | 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 |
| 290 | RIDEAU, WANDA ANN | 23-Sep-53 | 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 |
| 291 | RIDEAUX, MONICA RENE | 07-Dec-65 | 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 |
| 292 | RILEY, MELBA L. | 30-Mar-44 | 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 |
| 293 | ROBINSON, SHARON KAYE | 24-Jul-59 | 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 |
| 294 | ROBINSON, SHIRLEY LEE | 25-Nov-54 | 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 |
| 295 | ROSSYION, JOSEPH CLEM | 07-Jan-68 | 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 |
| 296 | ROSSYION, MARIE | 10-Jun-69 | 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 |
| 297 | ROSSYION, PATRICIA A. | 24-Oct-44 | 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 |
| 298 | ROSSYION, TRICIA ANN | 28-Jan-67 | 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 |
| 299 | SANDERS, KIMBERLY | 11-Sep-63 | 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 |
| 300 | SANTANA, MONICA L. | 10-Jan-64 | 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 |
| 301 | SCOTT, BURNADETTE | 29-Jun-34 | 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 |
| 302 | SCOTT, CLARENCE | 21-Jul-34 | 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 |
| 303 | SCOTT, CLARENCE, JR. | 13-Nov-60 | 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 |
| 304 | SCOTT, CLINT ANTHONY | 22-Dec-62 | 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 |
| 305 | SCOTT, DAVID WAYNE SR. | 24-Jul-60 | 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 |
| 306 | SCOTT, JESSE WEBSTER | 12-Dec-62 | 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 |
| 307 | SEMIEN, DARRELL D. | 24-Sep-71 | 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 |
| 308 | SEMIEN, SHERRIN | 03-Sep-53 | 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 |
| 309 | SIMIEN, ANN E. | 16-Jan-22 | 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 |
| 310 | SIMIEN, COLTON | 09-Oct-18 | 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 |
| 311 | SIMIEN, CYNTHIA R. | 15-Jun-52 | 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 |
| 312 | SIMIEN, ENIES JR. | 18-Apr-32 | 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 |
| 313 | SIMIEN, HURIS | 19-Dec-38 | 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 |
| 314 | SIMIEN, LEROY C. | 24-Oct-34 | 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 |
| 315 | SIMIEN, MONICA G. | 16-Nov-53 | 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 |
| 316 | SIMIEN, PATRICK G. | 27-Jul-59 | 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 |
| 317 | SIMMONS, CHRISTINA MARIE | 12-Feb-73 | 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 |
| 318 | SIMMONS, DEBRA | 28-Jul-64 | 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 |
| 319 | SIMMONS, JACQUELINE | 20-Jun-62 | 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 |
| 320 | SIMMONS, JANICE M. | 27-Mar-66 | 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 |
| 321 | SIMMONS, RICHARD C. II | 20-Jun-68 | 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 |
| 322 | SIMMONS, VERA LEE | 03-Oct-42 | 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 |
| 323 | SIMON, KERNEL | 29-May-62 | 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 |
| 324 | SINEGAL, EVA L. | 10-Nov-53 | 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 |
| 325 | SINGLETON, JOHN D. | 24-Feb-53 | 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 |
| 326 | SINGLETON, JOSEPH WILSON SR. | 27-Sep-27 | 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 |
| 327 | SINGLETON, TWANA MICHELLE | 27-Dec-72 | 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 |
| 328 | SINGLETON, WILLIE MAE | 28-Feb-27 | 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 |
| 329 | SMITH, GEORGE W. JR. | 19-Jun-71 | 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 |
| 330 | SMITH, JIMMIE A. | 10-Apr-52 | 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 |
| 331 | SONNIER, ALISHA G. | 31-Dec-62 | 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 |
| 332 | STAFFORD, NETTIE J. | 15-Apr-47 | 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 |
| 333 | STEVENSON, DEBORAH | 22-Oct-58 | 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 |
| 334 | STEWARD, GLORIA D. | 09-Oct-32 | 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 |
| 335 | STOOT, ANGELA M. | 20-May-70 | 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 |

6

| 336 | STOOT, JERRYLEAN M. | 30-Jun-43 | 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 |
| 337 | STOOT, PETER L. | 30-Sep-43 | 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 |
| 338 | TAYLOR, JOYCE MARIE | 02-Aug-36 | 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 |
| 339 | TEZINO, DONALD  SR. | 13-May-33 | 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 |
| 340 | TEZINO, YOMMA MAE | 03-Apr-68 | 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 |
| 341 | THOMAS, COTARIDIE | -  - | 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 |
| 342 | THOMAS-LEE, JUNE LORRAINE | 24-Dec-54 | 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 |
| 343 | THOMPSON, BOBBIE JO | 01-Mar-68 | 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 |
| 344 | TILLOTSON, PATRICIA A. | 14-Oct-49 | 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 |
| 345 | TUCKER, DORIS MAE | 20-Jun-57 | 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 |
| 346 | TURNER, DIANNA | 27-Mar-57 | 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 |
| 347 | TURNER, WOODROW J. JR. | 16-Dec-63 | 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 |
| 348 | WALKER, I. W. JR. | 20-Jan-46 | 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 |
| 349 | WALKER, MAMIE | 24-Oct-27 | 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 |
| 350 | WALKER, TWINETTA | 22-Feb-63 | 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 |
| 351 | WALLACE, B. B. | 04-Mar-25 | 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 |
| 352 | WALTERS, PATRICE | 14-Oct-70 | 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 |
| 353 | WEST, ESTELL | 25-May-41 | 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 |
| 354 | WEST, JOHNETTE J. | 14-Sep-57 | 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 |
| 355 | WHEATFALL, SIMONE RENEE | 26-Apr-71 | 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 |
| 356 | WHITE, CHARLES | 27-Aug-35 | 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 |
| 357 | WHITE, JEANETTE DIANE | 29-Jul-65 | 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 |
| 358 | WHITE, MICHAEL | -  - | 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 |
| 359 | WILEY, GLORIA DEAN | 10-Feb-43 | 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 |
| 360 | WILEY, RHONDA D. | 25-Jan-57 | 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 |
| 361 | WILLIAMS, ALICIA A. | 12-Aug-69 | 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 |
| 362 | WILLIAMS, HARRIET ANN | 25-Feb-57 | 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 |
| 363 | WILLIAMS, HARRISON | 28-Dec-28 | 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 |
| 364 | WILLIAMS, JERALD | 08-Oct-57 | 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 |
| 365 | WILLIAMS, JO ANN | 01-Feb-60 | 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 |
| 366 | WILLIAMS, PATRICIA ANN | 17-Apr-54 | 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 |
| 367 | WILLIAMS, ROOSEVELT | 30-Nov-33 | 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 |
| 368 | WILLIAMS, SHARON ANN | 17-Oct-50 | 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 |
| 369 | WINTERS, MICHAEL | 09-Nov-59 | 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 |
| 370 | WOODSON, ELIJAH JR. | 15-Jun-35 | 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 |
| 371 | WOODSON, RACHELLE LYNETT | 15-Nov-67 | 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 |
| 372 | WOODSON, ROBBIE L. | 21-Apr-44 | 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 |
| 373 | YOUNG, KARLA S. | 17-Sep-61 | 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 |